STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND P. MACCAUSLAND, Individually and on Behalf of all Persons Similarly Situated, *Plaintiff,* | |
| v. | NMG Civil Action No. 1:17-cv-10253 |
| UBER TECHNOLOGIES, INC. and RASIER, LLC, *Defendants.* | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

The plaintiff to the above-captioned matter (the "Plaintiff") moves pursuant to Fed. R. Civ. P. 15(a)(2) and 25 for leave of Court to file a Third Amended Complaint to substitute the Plaintiff Class Representative, Raymond MacCausland with Monzar Scheene. A proposed third amended complaint is submitted herewith as Exhibit 1.

Pursuant to Local Rule 7.1(b)(1), the Plaintiff submits herewith a memorandum of law in support of his motion.

**WHEREFORE**, the Court should grant the Plaintiff leave to file the aforementioned third amended complaint.

Respectfully submitted, the Plaintiff,
The Plaintiff,
By his Attorneys,

**COLUCCI, COLUCCI, MARCUS & FLAVIN, P.C.**

*/s/ Brendan R. Pitts*

Brendan R. Pitts (BBO #673308)
*bpitts@coluccilaw.com*
Darin M. Colucci (BBO #563232)
*darin@coluccilaw.com*
424 Adams Street
Milton, MA 02186
Tel: (617) 698-6000
Fax: (617) 698-3001

Dated: 1/29/19

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel for the Plaintiff has conferred with counsel for Defendant Uber Technologies, Inc., and have attempted in good faith to resolve or narrow the issues raised by this motion.

/s/ Brendan R. Pitts___________________

Dated: 1/29/19

**CERTIFICATE OF SERVICE**

I, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Brendan R. Pitts___________________

Dated: 1/29/19