UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                        Civil Action
                                                                        No:17-10253-NMG

Raymond P. MacCausland
Plaintiff

v.

Uber Technologies, Inc. et al
Defendant

## ORDER OF DISMISSAL

**GORTON, D.J.**

      In accordance with this Court's adoption on 09/24/2019, of the Magistrates Judge's Report and Recommendation of dismissal, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                                       By the Court,

                                                                       /s/ Leonardo T. Vieira
                                                                       Deputy Clerk

September 24, 2019

To: All Counsel